UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADVOCATE CAPITAL, INC., )
 )
    Plaintiff, )
 )
  v. ) 3:06-0847
 ) Judge Echols
LAW OFFICE OF A. CLARK CONE, )
P.A., A. CLARK CONE and )
TAYA CONE, )
 )
    Defendants. )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the "Application of Plaintiff, Advocate Capital, Inc. for Preliminary Injunction and Turn Over of Collateral" (Docket Entry No. 5), is hereby DENIED. Said denial is without prejudice to Plaintiff refiling a properly supported Application for Preliminary Injunction.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE